Filed 10/10/14  P. v. Amador CA1/4

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE,<br><br>          Plaintiff and Respondent,<br><br>v.<br><br>MIGUEL ENRIQUE AMADOR,<br><br>          Defendant and Appellant. | A141204<br><br>(Mendocino County<br>Super. Ct. No. SCUK-CRCR-13-72425;<br>SCUK-CRCR-13-73369) |

Miguel Enrique Amador appeals from a judgment entered on his guilty plea to second degree burglary (Pen. Code,[1] § 459) in Case No. SCUK-CRCR-13-72425 and to failing to appear while released on bail (§ 1320.5) in Case No. SCUK-CRCR-13-73369. Defendant admitted committing the latter offense while he was released on bail on the burglary case (§ 12022.1).  In both cases, defendant also admitted that he suffered a prior serious felony conviction pursuant to section 1170.12 and that he served two prior prison terms within the meaning of section 667.5, subdivision (b).  His counsel raises no issues and asks this court for an independent review of the record to determine whether there are any arguable issues.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Defendant was apprised of his right to file a supplemental brief but did not do so.

On August 22, 2013, an information was filed in Case No. SCUK-CRCR-13-72425 alleging that defendant committed second degree burglary and that he suffered a prior strike and served two prior prison terms.  The charges stemmed from an incident in

---

[1] All further statutory references are to the Penal Code.

1

which defendant shattered the driver's side rear window of a Subaru and stole a canvas bag containing CDs.

On the same day, an information was filed in Case No. SCUK-CRCR-13-73369 alleging that on June 21, 2013, defendant failed to appear in the second degree burglary case. Defendant had been released on bail after he was charged in the burglary case, but failed to make his next court appearance.

On January 8, 2014, defendant requested that the court strike his prior serious felony conviction pursuant to section 1385.

On February 10, 2014, the court denied the motion to strike the prior serious felony conviction. In Case No. SCUK-CRCR-13-73369, the court imposed the mitigated term of 16 months on the failure to appear offense, and doubled that term to 32 months pursuant to the Three Strikes law. The court imposed a two-year term for the section 12022.1 enhancement and an additional two years for the prior prison term enhancements. In Case No. SCUK-CRCR-13-72425, the court imposed a consecutive term of one year and four months on the section 459 conviction. In total, defendant was sentenced to eight years in state prison. The court awarded 406 days of custody credits.

Defendant was represented by counsel. This court has reviewed the entire record and there are no meritorious issues to be argued.

The judgment is affirmed.

_____
Rivera, J.

We concur:

_____
Ruvolo, P.J.

_____
Reardon, J.

2